# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

SISTERS FOR LIFE, INC., et al.,

    *Plaintiffs-Appellants*

v.                                                                          Case Nos. 22-5150 / 22-5151

LOUISVILLE-JEFFERSON COUNTY, KY
METRO GOVERNMENT, et al.,

    *Defendants-Appellees*

## DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT SCHEDULED ON DECEMBER 6, 2022

Defendants/Appellees, Louisville-Jefferson County, Ky Metro Government, Mayor Greg Fischer, Chief Erika Shields and Jefferson County Attorney Mike O'Connell (collectively "Appellees"), by and through undersigned counsel and pursuant to Local Rule 6 Cir. R. 26, respectfully file this Motion to Continue the oral argument in this case scheduled for December 8, 2022 for the following reason:

Pursuant to Fed. R. App. P. 26(b), "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act or may permit an act to be done after that time expires." Additionally, Local Rule 6. Cir. R. 26(a)(1) states, "[a] party seeking an extension of time must do so by written motion."

Here, undersigned counsel, who would be representing the Appellees at the December 8, 2022 oral argument in front of this Court, has a jury trial in Jefferson County Circuit Court scheduled for December 6th, 7th, and 8th and therefore has a conflict with the scheduled oral argument date of December 8th. The Jefferson County trial stems from a 2017 case and has been scheduled for some time. Given that the trial is less than two (2) months away, it would almost be impossible to reschedule.

For these reasons, Appellees respectfully request that this Court grant its Motion and continue the oral argument to allow Appellees' counsel to participate.

    Respectfully submitted,

    MICHAEL J. O'CONNELL
    JEFFERSON COUNTY ATTORNEY

BY: /s/ Natalie Johnson
    Natalie Johnson
    John F. Carroll
    Assistant County Attorneys
    First Trust Centre
    200 S. 5th St. Suite 200N
    Louisville, KY  40202
    Phone: (502) 574-4307
    Natalie.johnson@louisvilleky.gov
    John.Carroll2@louisvilleky.gov
    *Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit on October 12, 2022, using CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Natalie Johnson
Natalie Johnson
Assistant County Attorney
200 S. Fifth St. Ste. 300N
Louisville, KY 40202
502-574-4307
Natalie.johnson@louisvilleky.gov